NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**POWER MANAGEMENT SOLUTIONS LLC,**
*Plaintiff-Appellant,*

**v.**

**QUALCOMM INCORPORATED,**
*Defendant-Appellee.*

———————————

2013-1477

———————————

Appeal from the United States District Court for the District of Delaware in No. 13-CV-0130, Judge Richard G. Andrews.

———————————

**ON MOTION**

———————————

**O R D E R**

The parties jointly move to stay the briefing schedule pending the issuance of the mandates in the following pending appeals: *Power Management Solutions LLC v. Advanced Micro Devices Inc.*, No. 2013-1455; *Power Management Solutions LLC v. NVIDIA Corp.*, No. 2013-1456; and *Power Management Solutions LLC v. Intel*

*Corp. et al.*, No. 2013-1457 (collectively, the "Related Cases").

The Related Cases arise from stipulated judgments of noninfringement based on certain constructions entered by the district court in the Related Cases. After the district court entered final judgment of noninfringement in the Related Cases, the parties in the current appeal also entered a stipulated judgment of noninfringement. The parties assert that the judgment of noninfringement in this case depends on the resolution of the appeals in the Related Cases.

Accordingly,

IT IS ORDERED THAT:

(1) The motion to stay is granted. The parties are directed to inform this court within 14 days of the issuance of this court's mandates in the Related Cases how they believe this appeal should proceed.

(2) A copy of this order will be forwarded to the merits panels in the Related Cases.

FOR THE COURT

/s/ Daniel E. O'Toole
   Daniel E. O'Toole
   Clerk

s25